**No. P66/244.**—Edwin Jay, Inc., et al. *v.* United States, protests 64/17809, etc. (New York).

RAO, C.J.  In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of map measures similar in all material respects to those the subject of *Kaufman & Vinson Co.* v. *United States* (44 Cust. Ct. 238, C.D. 2180), the claim of the plaintiffs was sustained.

BEFORE THE THIRD DIVISION, OCTOBER 5, 1966

**No. P66/245.**—Fujii Junichi Shoten, Ltd., and American Customs Brokerage Co. et al. *v.* United States, protests 61/8860, etc. (Honolulu).

**No. P66/246.**—Royal Trading Co., Ltd., and American Customs Brokerage Co. et al. *v.* United States, protests 63/22266, etc. (Honolulu).

**No. P66/247.**—Nishimoto Trading Co. of Hawaii, Ltd., and American Customs Brokerage Co. et al. *v.* United States, protests 64/2934, etc. (Honolulu).

DONLON, J.  In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of Iso peanuts, peanut crackers, and Japanese rice crackers similar in all material respects to those the subject of *Hilo Rice Mill Co., Ltd., American Customs Brokerage Company et al.* v. *United States* (52 CCPA 106, C.A.D. 866), the claim of the plaintiffs was sustained.

**No. P66/248.**—Alroy Packing and W. J. Byrnes & Co., Inc., et al. *v.* United States, protests 63/7459, etc. (San Francisco).

DONLON, J.  In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of peeled pumpkin seeds or peeled pumpkin seed kernels similar in all material respects to those the subject of *Alroy Packing Co. and W. J. Byrnes & Co., Inc.* v. *United States* (52 Cust. Ct. 372, Abstract 68623), and *George Beurhaus Co.* and *Hoyt, Shepston & Sciaroni* v. *United States* (32 Cust. Ct. 269, C.D. 1612), the claim of the plaintiffs was sustained.